IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AMAYA HUGO,                        :
                    Plaintiff     :
           v.                     : Case No. 3:09-cv-14-KRG-KAP
THE WARDEN OF FSL ELKTON,         :
et al.,                           :
                    Defendants    :

### Report and Recommendation

Recommendation

      Plaintiff's motion to proceed in forma pauperis, docket no. 7, should be denied.

Report

      After the complaint in this matter was dismissed the plaintiff filed a motion to proceed in forma pauperis. docket no. 7. The inmate account statement attached, docket no. 8, makes it clear that plaintiff is not a pauper and could easily have paid the filing fee. There is no reason to grant in forma pauperis status to plaintiff.

      Pursuant to 28 U.S.C. § 636(b)(1), the plaintiff is given notice that he has ten days to serve and file written objections to this Report and Recommendation.

DATE:_____8/31/209_____          _____
                                 Keith A. Pesto,
                                 United States Magistrate Judge

Notice by U.S. Mail to:

      Amaya Hugo, Reg. No. 69823-004
      Moshannon Valley Correctional Center
      P.O. Box 2000
      Philipsburg, PA 16866-0798